IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID LOWMAN, | ) | C. A. No.   07-107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Counsel for Plaintiff and counsel for Defendant hereby stipulate to dismiss this case with prejudice.

GRADY & HAMPTON, LLC

_/s/ John S. Grady_
John S. Grady, Esquire (I.D. #009)
6 N. Bradford Street
Dover, DE 19904
(302) 678-1265
*Attorneys for Plaintiff*

DATED:

COZEN O'CONNOR

_/s/ Joseph J. Bellew_
Joseph J. Bellew, Esq. (I.D. #4816)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801-1147
(302) 295-2000
*Attorneys for Defendant*

DATED: 7/20/07